294

MPT, INC., Plaintiff–Appellee,

v.

MARATHON LABELS, INC.,
Defendant–Appellant,

and

Polymeric Converting, LLC, Defendant.

No. 2008–1222.

United States Court of Appeals,
Federal Circuit.

March 10, 2009.

Thomas H. Shunk, Baker & Hostetler LLP, of Cleveland, OH, argued for plaintiff-appellee.

Bruce H. Wilson, of Akron, OH, argued for defendant-appellant.

Before SCHALL, ARCHER, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.